UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:05-00104 |
| | ) | Judge Echols |
| ELBERT GEORGE NICHOLS | ) | |

### ORDER

For the reasons stated in the Memorandum entered contemporaneously herewith, Defendant Elbert Nichols' Motion to Suppress (Docket Entry No. 15), is hereby DENIED.

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE